# United States District Court
# For The Western District of North Carolina
# Bryson City Division

USA ,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    2:06-cr-00025-1 and 2:09-cv-00046

Samuel Eddie Pheasant ,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/6/12 Memorandum of Decision and Order.


                                          Signed: September 6, 2012

*Frank G. Johns, Clerk*
*United States District Court*